# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER RENTAL ASSET CO TWO, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FORGE GROUP POWER PTY LTD (In Liquidation) (Receivers and Managers Appointed), MARK MENTHA and SCOTT LANGDON of KordaMentha Pty Ltd, in their capacity as joint and several receivers and managers of substantially all of the assets of Forge Group Power Pty Ltd. (In Liquidation, Receivers and Managers Appointed), and BANK OF AMERICA, N.A.<br><br>　　　　Defendants. | Case No.: 3:17-CV-03621-RS<br><br>Assigned to Hon. Richard Seeborg<br><br>Complaint Filed: 6/21/2017<br>Complaint Removed: 06/23/2017<br><br>**[~~PROPOSED~~] ORDER APPROVING STIPULATION BETWEEN PLAINTIFF AND FORGE DEFENDANTS REGARDING DEADLINE TO RESPOND TO COMPLAINT** |

Having considered the Stipulation Regarding Deadline to Respond to Complaint by and between Plaintiff Power Rental Asset Co Two, LLC ("Plaintiff"), on the one hand, and Defendants Forge Group Power Pty Ltd ("Forge") (in liquidation) (receivers and managers appointed), and Mark Mentha and Scott Langdon of KordaMentha Pty Ltd, in their capacity as joint and several receivers and managers of Forge Group Power Pty Ltd (collectively, "Forge Defendants"), on the other hand, and good cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is APPROVED.

2. APR shall have through and including July 17, 2017 to file its first amended complaint, if any.

3. Forge Parties shall have through and including July 31, 2017 to file their response to the complaint or first amended complaint, as the case may be.

**IT IS SO ORDERED.**

Dated: __July 11__, 2017

_____
Honorable Richard Seeborg
United States Chief District Court Judge